United States District Court
District Court
Exhibits Log: 25-CV-01082
25-CV-01082 06-05-2025 Motion Hearing, 6/5/2024

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Defen-A | Exclusive Management, Representation and Publication Contract (in Spanish - pending translation) | No | 6/5/2025 10:04 AM | 6/5/2025 10:04 AM |